| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.   **CV 23-8756-JFW(AJR)** | Date: January 31, 2024 |

Title:      Calandra Smith -v- Department of Public Social Services

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFF:** | **ATTORNEYS PRESENT FOR DEFENDANT:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE

   All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee.  28 U.S.C. § 1914(a).  An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* under 28 U.S.C.      § 1915(a)(1).

   On December 15, 2023, the Court denied Plaintiff's request to proceed *in forma pauperis* and directed her to pay the full filing fee.  (Dkt. 8).  The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice.  (*Id.*).

   To date, Plaintiff has not paid the filing fee or otherwise responded to the Court's Order.  Accordingly, this action is **DISMISSED without prejudice**.  *See, e.g., Roberts v. Soc. Sec. Dep't*, 2022 WL 4088755, at *2 (S.D. Cal. Sept. 6, 2022) (action may be dismissed without prejudice where plaintiff fails to establish *in forma pauperis* status and does not pay the required filing fee).

   IT IS SO ORDERED.